UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1234 DWF/AJB

STEPHEN A. ELEY,

Plaintiff,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS,

Defendant.

ORDER

Based on the entire file herein and for good cause shown it is hereby

ORDERED that Plaintiff Stephen Eley file an amended complaint on a form provided to him by the Clerk of Courts for the U.S. District Court, District of Minnesota, which identifies the information requested in paragraphs 9 and 12 of this form.

Dated: 12/11/01

ARTHUR J. BOYLAN, Judge
United States District Court

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK