**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Stephen A. Eley,

Civil No.01-1234 (DWF/AJB)

Plaintiff,

v.

**REPORT AND RECOMMENDATION**

U.S. Department of Veterans Affairs,

Defendant.

This matter is before the Hon. Arthur J. Boylan, U.S. Magistrate Judge, for further action pursuant to defendant's motion pursuant to Fed. R. Civ. P. 12(e), motion for more definite statement, and the Court's Order dated December 11, 2001, wherein defendant's motion was granted and plaintiff was ordered to file an amended complaint on a form provided by the Clerk of Courts for the U.S. District Court, District of Minnesota. In its December 11, 2001, Order plaintiff was explicitly instructed to identify information requested in paragraphs 9 and 12 of the form complaint. Paragraph 9 seeks specification of the acts complained of by the plaintiff and paragraph 12 requests a copy of the EEOC charge which is to be submitted as a brief statement of the facts of the claim. Rule 12 provides that, "[i]f the motion [for more definite statement] is granted and the order is not obeyed within 10 days after notice of the order or within such other time as the court may fix, the court may strike the pleading to which the motion was directed or make such order as it deems just." More than 10 days have passed since the Court's Order dated December 11, 2001, was issued. The motion for more definite statement was granted and



FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

plaintiff has not filed the required amended complaint, has not requested an extension of time to comply, and has not advised the Court of reasons for failing to comply.

Therefore, **IT IS HEREBY RECOMMENDED** that the complaint in this matter be **stricken** pursuant to Fed. R. Civ. P. 12 and the action be **dismissed** without prejudice.

Dated: January 11, 2002

Arthur J. Boylan
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before January 25, 2001.