**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Stephen A. Eley,

Plaintiff,

v.

Department of Veteran Affairs, being sued as Veterans Affairs/VAMC,

Defendant.

Civil No. 01-1234 (DWF/AJB)

**ORDER**

---

Jeffrey A. Hassan, Esq., Hassan & Reed, 2311 Wayzata Boulevard, Minneapolis, MN 55405-2119, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation, dated January 11, 2002, insofar as it recommends that the Complaint in this matter be stricken pursuant to Fed. R. Civ. P. 12 and the action be dismissed without prejudice. The Defendant has filed no response.

In an order dated December 11, 2001, Defendant's motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e) was granted, and the Plaintiff was ordered to file an amended complaint. At the time of Magistrate Judge Boylan's Report and Recommendation of January 11, 2002, the Plaintiff had not filed the required Amended Complaint and had not requested an extension of time to comply, nor had the Plaintiff advised the Court of any reasons for failing to comply.

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

However, the Plaintiff is now represented by legal counsel, and an Amended Complaint complying with the Court's order and Defendant's request has been prepared and served without prejudice, in the Court's view, to the Defendant. Therefore, the Court considers Magistrate Judge Boylan's order complied with, and the issue of a new complaint or more definite statement, at least at this time, is moot.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court deems the issue of filing of the Amended Complaint, as noted above, moot. The Court will enter an order accordingly to reflect the present procedural status of the case.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Plaintiff shall be allowed to proceed with the action before the Court, provided that he complies in all respects with the Local Rules of the Federal Court and the Federal Rules of Civil Procedure, and all orders of the Court, including any scheduling order that is in place.

Dated: February 19, 2002

DONOVAN W. FRANK
Judge of United States District Court