UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1234 DWF/AJB

| | | |
|---|---|---|
| STEPHEN A. ELEY, Plaintiff, v. U.S. DEPARTMENT OF VETERANS AFFAIRS, Defendant. | ) | **ORDER** |

Based on the stipulation of the parties, and pursuant to F.R.Civ.P. 15(a), it si hereby

ORDERED that Defendant shall serve and file an Answer to the Amended Complaint on or before March 19, 2002.

Dated: 3/16/02

Arthur J. Boylan
U.S. Magistrate Judge
District of Minnesota

MAR 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1234 DWF/AJB

ORIGINAL

| | |
|---|---|
| STEPHEN A. ELEY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | **STIPULATION** |

The undersigned hereby stipulate and agree that Defendant shall serve and file an Answer to Plaintiff's Amended Complaint on or before March 19, 2002.

Dated: 2-26-02

Lonnie F. Bryan
Assistant U.S. Attorney
United States Attorneys Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorney for Defendant

Dated: 3-4-02

Jeffrey A. Hassan, Esq.
Hassan & Reed
2311 Wayzata Boulevard
Minneapolis, MN 55405-2119

Attorney for Plaintiff