UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1234 JEL/JGL

| | | |
|---|---|---|
| STEPHEN A. ELEY, Plaintiff, v. U.S. DEPARTMENT OF VETERANS AFFAIRS, Defendant. | ) | ORDER |

Upon the parties' Joint Motion for Enlargement of Time to Conduct Discovery, Stipulation and Memorandum in Support, for good cause shown, it is hereby

ORDERED that Discovery shall be completed and nondispositive motions filed on or before February 1, 2003.

Dated: Jan. 2, 2003

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

FILED JAN 02 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______