# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2782

---

| | | |
|---|---|---|
| Stephen E. Eley, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| United States Department of Veterans Affairs, being sued as Veterans Affairs/VAMC; Anthony J. Principi, Secretary, | * | |
| | * | |
| Appellees. | * | |

---

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 9, 2004

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion:

Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans